## 67422. WESTERFIELD v. THE STATE.

BANKE, Judge.

Appellant's notice of appeal was filed 31 days following the trial court's denial of his motion for a new trial. *Held:*

Absent a lawful extension of time, a notice of appeal must be filed within 30 days after the entry of an order denying a motion for a new trial. See OCGA § 5-6-38 (a) (Code Ann. § 6-803). It is well established that this court is without jurisdiction where the notice of appeal is not timely filed in accordance with the statutory requirements. See *Hose v. State,* 159 Ga. App. 842 (285 SE2d 588) (1981); *Washington v. State,* 158 Ga. App. 829 (282 SE2d 776) (1981); *Smith v. State,* 140 Ga. App. 492 (231 SE2d 493) (1976).

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED JANUARY 13, 1984.

*G. Hughel Harrison, Samuel H. Harrison,* for appellant.
*John T. Strauss, District Attorney, John M. Ott, Assistant*

*District Attorney,* for appellee.